UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEDARD CONTROLS, INC., | Case No. 13-cv-1595-L(BGS) |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC.14]** |
| v. | |
| LIBERTY CAPITAL GROUP, INC., | |
| Defendant. | |

    Pending before the Court is the parties' joint motion to dismiss this action. Having read and considered the moving papers, and good cause appearing, the Court **GRANTS** the joint motion, and **DISMISSES** the action **WITH PREJUDICE** as to the Plaintiff and **WITHOUT PREJUDICE** as to all potential members of the class. (Doc. 14.) Each party shall bear its own attorneys' fees and costs.

    **IT IS SO ORDERED.**

DATED: December 13, 2013

                                           M. James Lorenz
                                           United States District Court Judge